# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALETA MILLET

VERSUS

JOSHUA M. PALMINTIER, MONICA
G. MOTON AND ABC INSURANCE
COMPANY

NO.   2020 CW 0870

**NOVEMBER 23, 2020**

---

In Re:    Aleta Millet, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 692412.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of each pleading on which the order was founded, including the petition(s), motion to set bond for costs, the service return filed into the record by the East Baton Rouge Sheriff's Office, a copy of any opposition and any attachments thereto filed by a party in the trial court or a statement by relator that no opposing written document was filed, the pertinent minutes, and a signed return date order in violation of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8)(9)(10) & (11.

Supplementation of this writ application and/or application for rehearing will not be considered. Rules 4-9 and 2-18.7, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, the missing items noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before **December 07, 2020,** and must contain a copy of this ruling.

                              **JMM**
                              **GH**
                              **AHP**


COURT OF APPEAL, FIRST CIRCUIT


_____
      DEPUTY CLERK OF COURT
          FOR THE COURT